Daniel C. Green (ISB No. 3213)
Heidi Buck Morrison (ISB No. 9396)
RACINE OLSON, PLLP
201 E. Center Street
P.O. Box 1391
Pocatello, Idaho 83201
Telephone (208) 232-6101
Facsimile (208) 232-6109
dan@racineolson.com
heidi@racineolson.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 19-40683-JMM |
|---|---|
| PETER MICHAEL LESBO, | (Chapter 7) |
| Debtor. | |

### NOTICE OF ISSUANCE AND INTENT TO SERVE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS

Pursuant to Rule 45(a)(4), Federal Rules of Civil Procedure, Trustee, Gary L. Rainsdon, by and through his attorney of record, Racine Olson, PLLP, hereby gives notice that they have issued and intend to serve the attached Subpoenas requiring JP Morgan Chase Bank Card Services, First Federal Savings Bank, Navy Federal Credit Union, and Wells Fargo Card Services to produce for inspection and copying the documents and things specified in Exhibits A attached to the Subpoenas at the date and time set forth. The attached Subpoenas are incorporated by this reference.

DATED this 17th day of February, 2021.

RACINE OLSON, PLLP


By: /s/ Daniel C. Green
    DANIEL C. GREEN

**NOTICE OF ISSUANCE AND INTENT TO SERVE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS – 1**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of February, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Gary L Rainsdon
trustee@filertel.com
id12@ecfcbis.com
lori@filertel.com
cblackburn@filertel.com
jhancock@filertel.com

Kameron M Youngblood
ylocourtnotice@gmail.com
G29963@notify.cincompass.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. Mail, First-Class, postage prepaid and addressed as follows:

Peter Michael Lesbo
1055 Blue Lakes Blvd
Twin Falls, ID 83301

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

PYOD LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

/s/ Daniel C. Green
DANIEL C. GREEN

**NOTICE OF ISSUANCE AND INTENT TO SERVE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS – 2**

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Idaho

In re Peter Michael Lesbo
Debtor

Case No. 19-40683-JMM

Chapter 7

(Complete if issued in an adversary proceeding)

_____ Plaintiff
v.
_____ Defendant

Adv. Proc. No. _____

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: JP Morgan Chase Bank Card Services, P. O. Box 15369, Wilmington, Delaware 19850-5369
*(Name of person to whom the subpoena is directed)*

☒ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: **See Exhibit A attached hereto.**

| PLACE | DATE AND TIME |
|---|---|
| Racine Olson, PLLP, Attn: Daniel C. Green, 201 E. Center Street, Pocatello, ID 83201 | March 16, 2021, at 5:00 p.m. |

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

OR

_____     _____
*Signature of Clerk or Deputy Clerk*      *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* Gary L. Rainsdon, Trustee, who issues or requests this subpoena, are:
Daniel C. Green, Racine Olson, PLLP, 201 E. Center Street, Pocatello, ID 83201, dan@racineolson.com, (208) 232-6101

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## EXHIBIT A

1. Copies of all account records, bank statements, cancelled checks, documents, correspondence, or memoranda of any type for any account(s) held in the name of Peter Michael Lesbo, including, but not limited to, account ending x4481, from January 1, 2018 to the present.

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of **Idaho**

In re **Peter Michael Lesbo**
Debtor

*(Complete if issued in an adversary proceeding)*

Plaintiff
v.

Defendant

Case No. **19-40683-JMM**

Chapter **7**

Adv. Proc. No. _____

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)**

To: **JP Morgan Chase Bank Card Services, 301 N. Walnut Street FL 9, Wilmington, Delaware 19801-3971**
*(Name of person to whom the subpoena is directed)*

☒ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: **See Exhibit A attached hereto.**

| PLACE | DATE AND TIME |
|---|---|
| Racine Olson, PLLP, Attn: Daniel C. Green, 201 E. Center Street, Pocatello, ID 83201 | March 16, 2021, at 5:00 p.m. |

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

OR

_____      _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* **Gary L. Rainsdon, Trustee**, who issues or requests this subpoena, are:
**Daniel C. Green, Racine Olson, PLLP, 201 E. Center Street, Pocatello, ID 83201, dan@racineolson.com, (208) 232-6101**

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## EXHIBIT A

1. Copies of all account records, bank statements, cancelled checks, documents, correspondence, or memoranda of any type for any account(s) held in the name of Peter Michael Lesbo, including, but not limited to, account ending x4481, from January 1, 2018 to the present.

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of ___Idaho___

In re ___Peter Michael Lesbo___
               Debtor

Case No. ___19-40683-JMM___

*(Complete if issued in an adversary proceeding)*

Chapter ___7___

_____
           Plaintiff
            v.

Adv. Proc. No. _____

_____
           Defendant

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)**

To: ___Navy Federal Credit Union, 1 Security Place, Merrifield, Virginia 22081___
*(Name of person to whom the subpoena is directed)*

☒ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: **See Exhibit A attached hereto.**

| PLACE | DATE AND TIME |
|---|---|
| Racine Olson, PLLP, Attn: Daniel C. Green, 201 E. Center Street, Pocatello, ID 83201 | March 16, 2021, at 5:00 p.m. |

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

OR

_____       _____
*Signature of Clerk or Deputy Clerk*                      *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* ___Gary L. Rainsdon, Trustee___, who issues or requests this subpoena, are:
Daniel C. Green, Racine Olson, PLLP, 201 E. Center Street, Pocatello, ID 83201, dan@racineolson.com, (208) 232-6101

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## EXHIBIT A

1. Copies of all account records, bank statements, cancelled checks, documents, correspondence, or memoranda of any type for any account(s) held in the name of Peter Michael Lesbo, including, but not limited to, account ending x9706, from January 1, 2018 to the present.

2. Copies of all account records, bank statements, cancelled checks, documents, correspondence, or memoranda of any type for any account(s) held in the name of Peter Michael Lesbo, including, but not limited to, account ending x9003, from January 1, 2018 to the present.

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of  Idaho

In re  Peter Michael Lesbo
Debtor

*(Complete if issued in an adversary proceeding)*

Case No.  19-40683-JMM

Chapter  7

_____
Plaintiff

v.

_____
Defendant

Adv. Proc. No.  _____

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)**

To:  First Federal Savings Bank, 383 Shoshone Street N., TwinFalls, ID 83301
*(Name of person to whom the subpoena is directed)*

☒ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:  **See Exhibit A attached hereto.**

| PLACE | DATE AND TIME |
|---|---|
| Racine Olson, PLLP, Attn: Daniel C. Green, 201 E. Center Street, Pocatello, ID 83201 | March 16, 2021, at 5:00 p.m. |

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

OR

_____                _____
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
Gary L. Rainsdon, Trustee_____, who issues or requests this subpoena, are:
Daniel C. Green, Racine Olson, PLLP, 201 E. Center Street, Pocatello, ID 83201, dan@racineolson.com, (208) 232-6101

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# EXHIBIT A

1. Copies of all account records, bank statements, cancelled checks, documents, correspondence, or memoranda of any type for any account(s) held in the name of Peter Michael Lesbo from January 1, 2018 to the present.

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of __Idaho__

In re __Peter Michael Lesbo__
Debtor

*(Complete if issued in an adversary proceeding)*

Case No. __19-40683-JMM__

Chapter __7__

_____
Plaintiff
v.
_____
Defendant

Adv. Proc. No. _____

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)**

To: __First Federal Savings Bank, 148 Eastland Drive, Twin Falls, ID 83301__
*(Name of person to whom the subpoena is directed)*

☒ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: **See Exhibit A attached hereto.**

| PLACE | DATE AND TIME |
|---|---|
| Racine Olson, PLLP, Attn: Daniel C. Green, 201 E. Center Street, Pocatello, ID 83201 | March 16, 2021, at 5:00 p.m. |

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

OR

_____            _____
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* __Gary L. Rainsdon, Trustee__, who issues or requests this subpoena, are:
__Daniel C. Green, Racine Olson, PLLP, 201 E. Center Street, Pocatello, ID 83201, dan@racineolson.com, (208) 232-6101__

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## EXHIBIT A

1. Copies of all account records, bank statements, cancelled checks, documents, correspondence, or memoranda of any type for any account(s) held in the name of Peter Michael Lesbo from January 1, 2018 to the present.

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of **Idaho**

In re **Peter Michael Lesbo**
Debtor

*(Complete if issued in an adversary proceeding)*

_____
Plaintiff
v.
_____
Defendant

Case No. **19-40683-JMM**

Chapter **7**

Adv. Proc. No. _____

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)**

To: **Wells Fargo Card Services, 1 Montgomery Street, San Francisco, CA 94104-4505**
*(Name of person to whom the subpoena is directed)*

☒ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: **See Exhibit A attached hereto.**

| PLACE | DATE AND TIME |
|---|---|
| Racine Olson, PLLP, Attn: Daniel C. Green, 201 E. Center Street, Pocatello, ID 83201 | March 16, 2021, at 5:00 p.m. |

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

OR

_____         _____
*Signature of Clerk or Deputy Clerk*         *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* **Gary L. Rainsdon, Trustee**, who issues or requests this subpoena, are:
**Daniel C. Green, Racine Olson, PLLP, 201 E. Center Street, Pocatello, ID 83201, dan@racineolson.com, (208) 232-6101**

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## EXHIBIT A

1. Copies of all account records, bank statements, cancelled checks, documents, correspondence, or memoranda of any type for any account(s) held in the name of Peter Michael Lesbo, including, but not limited to account ending x7074, from January 1, 2018 to the present.